UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-81281-CIV-MARRA/JOHNSON

NATIONAL GOLF FOUNDATION, INC.,
a Florida non-profit corporation,

    Plaintiff,

v.

AUTOMATED INFO SOLUTIONS, INC.,
a Utah profit corporation,

    Defendant.

_____/

**STIPULATED PERMANENT INJUNCTION**

Plaintiff, NATIONAL GOLF FOUNDATION, INC. ("NGF"), and AUTOMATED INFO SOLUTIONS, INC. ("AIS"), their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    infringing NGF's "Golf Facility and Course Database," Certificate of Registration TX 6-876-587 (hereinafter "Database");

    (b)    producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, promoting, or displaying any software, software component, database, item or thing bearing any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of NGF's Database;

    (c)    using any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of NGF's Database in connection with the distribution, offering for distribution, sale,

offering for sale, advertisement, promotion, or display of any software, software component, database, item or thing not authorized or licensed by NGF;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, software component, database, item or thing has been produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for NGF, when such is not true in fact;

(e) engaging in any other activity constituting an infringement of any of NGF's copyrights, trade secrets, or other proprietary rights in its Database, or of NGF's rights in, or right to use or to exploit these copyrights, trade secrets, or other proprietary rights in its Database;

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above, notwithstanding the foregoing, this injunction shall not be read to restrict AIS from the sale or distribution of any database of golf course information that was obtained by AIS from sources other than from the NGF Database.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of January, 2009.

_____
KENNETH A. MARRA
United States District Court

cc: Counsel of Record for National Golf Foundation, Inc.

Automated Info Solutions, Inc.